1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10   SEPHEREN F. SCORZA, JR.,        )        CASE NO. ED CV 12-1031-DMG (PJW)

11                 Petitioner,       )
                                     )        J U D G M E N T
12            v.                     )
                                     )
13   KATHLEEN ALLISON,               )
                                     )
14                 Respondent.       )
     _____)

15

16        Pursuant to the Order Accepting Findings, Conclusions, and

17   Recommendations of United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is denied and this action is

19   dismissed with prejudice.

20

     DATED: August 30, 2013
21

22

23

24   _____
     DOLLY M. GEE
25   UNITED STATES DISTRICT JUDGE

26

27

28